**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).** **For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Great Shot Association; Great Shot All in One Assoc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3824448** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **425 Huehl Rd., Unit 15B** <br> **Northbrook, IL 60062** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cook** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **greatshotgolf.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

Case number (*if known*)

Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known _____ |

---

Debtor   **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

Name

Case number (*if known*) _____

**11.** **Why is the case filed in** *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** | Case number (*if known*) | |
| | Name | | |

---

■ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 22, 2017**
MM / DD / YYYY

**X /s/ Michael Frazin**                                     **Michael Frazin**
Signature of authorized representative of debtor              Printed name

Title    **Member**

---

**18. Signature of attorney**

**X /s/ SCOTT R. CLAR**                              Date **February 22, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777**    Email address

**06183741**
Bar number and State

| Debtor | Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf | Case number (if known) |
|---|---|---|
| | Name | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2017**
_____
MM / DD / YYYY

X _____        **Michael Frazin**
Signature of authorized representative of debtor        Printed name

Title    **Member** _____

---

18. **Signature of attorney**

X _____        Date    **February 21, 2017**
Signature of attorney for debtor        MM / DD / YYYY

**SCOTT R. CLAR** _____
Printed name

**Crane, Heyman, Simon, Welch & Clar** _____
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297** _____
Number, Street, City, State & ZIP Code

Contact phone    **312-641-6777** _____        Email address _____

**06183741** _____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name __**Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 22, 2017__   X /s/ Michael Frazin
                                    Signature of individual signing on behalf of debtor

                                    Michael Frazin
                                    Printed name

                                    Member
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2017**     X _____
                                             Signature of individual signing on behalf of debtor

                                       **Michael Frazin**
                                       Printed name

                                       **Member**
                                       Position or relationship to debtor

| Fill in this information to identify the case: |
|---|

Debtor name    **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.....................................................................................    $      **5,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................    $      **2,512.72**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $      **7,512.72**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **201,561.03**

4.   Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b                $      **201,561.03**

**Fill in this information to identify the case:**

Debtor name **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **The Private Bank**<br>**120 S. LaSalle St.**<br>3.1.  **Chicago, IL 60603** | **Checking Account** | **7405** | **$16.03** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$16.03**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Deposit with UPS**                                                                 **$300.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$300.00**

| Debtor | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**4 television sets** | **$0.00** | **Liquidation** | **$500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See attached** | **$0.00** | **Liquidation** | **$1,696.69** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $2,196.69 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **The Private Bank 120 S. LaSalle St. Chicago, IL 60603** | **Checking 0927** | **$0.00** | | **$0.00** |
| 55.2.  **Tents and Display backdrops** | | **$0.00** | | **$5,000.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$5,000.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Fantasy Draft Nation.  15% interest multi-level marketing in company** | **Unknown** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

Case number *(If known)*

Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $16.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,196.69 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $5,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,512.72 | + 91b. $5,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,512.72 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Schedule A/B 41.  Office Equipment, including all computer equipment and communication systems equipment and software

## GREAT SHOT GOLF EQUIPMENT

| ITEM | MODEL | USED OFFER PRICE | RETAILER | NOTE |
|------|-------|------------------|----------|------|
| Polycom SoundPoint IP | 2201-11601-001 | $ 21.99 | Amazon | Phone |
| Polycom SoundPoint IP | 550 | $ 49.99 | Amazon | Phone |
| Polycom SoundPoint IP | 335 | $ 21.99 | Amazon | Phone |
| Polycom SoundPoint IP | BEM 2201-12750-001 | $ 20.00 | Amazon | Phone |
| Polycom SoundPoint IP | 650 SIP | $ 50.00 | Amazon | Phone |
| Polycom SoundPoint IP | 450 | $ 39.73 | Amazon | Phone |
| Lenovo Think Center | M83 | $ 284.04 | EBAY | Computer |
| Lenovo Think Center | M83 | $ 284.04 | EBAY | Computer |
| Lenovo Think Center | M83 | $ 284.04 | EBAY | Computer |
| Lenovo Think Center | M78 | $ 144.49 | New Egg | Computer |
| Compaq Precario | 8000 | $ 100.00 | EBAY | Computer |
| Dell Poweredge | T 110 22 | $ 139.00 | EBAY | Computer |
| Toshiba Television Receiver | 19AV500U | $ 49.95 | Amazon | Television Receiver |
| Samsung Receiver | LS22MEVSVV/ZAA | $ 144.28 | Amazon | Television Receiver |
| Compaq Planar Screen | FP 2210W | $ 11.05 | EBAY | Television Receiver |
| Compaq Planar Screen | FP 2210W | $ 11.05 | EBAY | Television Receiver |
| Compaq Planar Screen | FP 2210W | $ 11.05 | EBAY | Television Receiver |
| LG Screen Flatron 20 | EN33TS-B | | CANT FIND PRICE | Television Receiver |
| ICB | 102 | $ 15.00 | | Keyboards |
| UN | 25 | $ 15.00 | | |
| | TOTAL | $ 1,696.69 | | |

**Fill in this information to identify the case:**

Debtor name    **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name   **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

<table>
<tr><td></td><td></td><td></td><td>Amount of claim</td></tr>
<tr><td>3.1</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Alex Zeid</b><br><b>1425 Dartmouth</b><br><b>Deerfield, IL 60015</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b> _<br><br>Is the claim subject to offset? ■ No  ☐ Yes</td><td><b>$22,980.64</b></td></tr>
<tr><td>3.2</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Alex Zeid & Associates</b><br><b>1425 Dartmouth</b><br><b>Deerfield, IL 60015</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b> _<br><br>Is the claim subject to offset? ■ No  ☐ Yes</td><td><b>$13,612.52</b></td></tr>
<tr><td>3.3</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Arnstein & Lehr LLP</b><br><b>120 S. Riverside Plaza, #1200</b><br><b>Chicago, IL 60601</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b> _<br><br>Is the claim subject to offset? ■ No  ☐ Yes</td><td><b>$1,741.70</b></td></tr>
<tr><td>3.4</td><td><b>Nonpriority creditor's name and mailing address</b><br><b>Artistic Digital Services, Inc.</b><br><b>1417 Darrow Ave.</b><br><b>Evanston, IL 60201</b><br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _</td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b>  <u>Annual Hosting</u><br><br>Is the claim subject to offset? ■ No  ☐ Yes</td><td><b>$330.00</b></td></tr>
</table>

| Debtor | Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$575.00** |
|---|---|---|---|
| | **Campbells Corporate Services Ltd.**<br>**3rd Fl., Willow House, Cricket Sq.**<br>**PO Box 10233, Grand Cayman**<br>**KY1-1102  Cayman Islands** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$438.46** |
|---|---|---|---|
| | **Comcast**<br>**PO Box 3001**<br>**Southeastern, PA 19398** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$244.72** |
|---|---|---|---|
| | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,304.05** |
|---|---|---|---|
| | **HCC Specialty Underwriters Inc.**<br>**401 Edgewater, #400**<br>**Wakefield, MA 01880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/15/16 | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$141.07** |
|---|---|---|---|
| | **Iron Mountain**<br>**1000 Campus Dr.**<br>**Collegeville, PA 19426** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,962.00** |
|---|---|---|---|
| | **Krauskopf Kauffman PC**<br>**414 N. Orleans St., #210**<br>**Chicago, IL 60654** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.00** |
|---|---|---|---|
| | **Mark Babich**<br>**1599 Annapolis Dr.**<br>**Glenview, IL 60026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:**  Consulting Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

---

| Debtor | Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,869.00 |
|---|---|---|---|
| | Mike Frazin<br>111 W. Wacker, #5206<br>Chicago, IL 60601 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,200.00 |
|---|---|---|---|
| | Minuteman Press<br>1249 N. Clybourn<br>Chicago, IL 60610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __11/28/16_ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,575.79 |
|---|---|---|---|
| | National Registered Agents Inc.<br>NRAIService Group Melville NY<br>900 Merchants Concourse #405<br>Westbury, NY 11590 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Pitney Bowes Global Financial<br>  Services<br>PO Box 371887<br>Pittsburgh, PA 15250 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,862.33 |
|---|---|---|---|
| | Scott Bauer<br>5881 Teal Rd.<br>Long Grove, IL 60047 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,012.42 |
|---|---|---|---|
| | Sidley Austin, LLP<br>PO Box 0642<br>Chicago, IL 60690 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/12/16_ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.99 |
|---|---|---|---|
| | The Hartford<br>PO Box 660916<br>Dallas, TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,060.34 |
|---|---|---|---|

**The Private Bank**
**Cardmember Service**
**PO Box 790408**
**Saint Louis, MO 63179-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  8840

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NRAI, Inc.**<br>**PO Box 4349**<br>**Carol Stream, IL 60197** | Line  3.14<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 201,561.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 201,561.03 |

**Fill in this information to identify the case:**

Debtor name __**Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Sublease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alex Zeid & Associates**<br>**1425 Dartmouth**<br>**Deerfield, IL 60015** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>_____<br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **GSHIOA** | $216,726.55 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **GSHIOA** | $20,065.63 |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $349,186.80 |
| **For the fiscal year:**<br>From  **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | $335,137.81 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf | Case number *(if known)* | |
|---|---|---|---|

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Michael Frazin** **111 W. Wacker, #5206** **Chicago, IL 60601** **Member** | | $210.21 | **Reimbursement for expenses** |
| 4.2.  **Scott Bauer** **5881 Teal Rd.** **Chicago, IL 60647** **President** | | $867.52 | **Reimbursement for expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** | Case number *(if known)* |
|---|---|---|

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Crane, Heyman, Simon, Welch & Clar<br>Suite 3705<br>135 South LaSalle Street<br>Chicago, IL 60603-4297** | **Attorney Fees (includes filing fee of $335.00)** | **12/1/16** | **$5,000.00** |
| | Email or website address<br>**sclar@craneheyman.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Debtor | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** | Case number *(if known)* | |
|---|---|---|---|

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Sales Force Data**

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **PNC Bank** **2595 Waukegan Rd.** **Bannockburn, IL 60015** | **XXXX-3604** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **1/20/17** | **$11.57** |

---

Debtor    **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

Case number *(if known)*

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **PNC Bank**<br>**2595 Waukegan Road**<br>**Bannockburn, IL 60015** | **XXXX-3612** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/20/17** | **$28.60** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf | | Case number *(if known)* | |
|---|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex Zeid | 1425 Dartmouth<br>Deerfield, IL 60015 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Bauer | 5881 Teal Rd.<br>Long Grove, IL 60047 | CEO | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Frazin | 111 W. Wacker, #5206<br>Chicago, IL 60601 | Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf** | Case number *(if known)* | |

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 22, 2017**

**/s/ Michael Frazin**                                    **Michael Frazin**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Debtor   Great Shot Hole in One Insurance, LLC d/b/a Great Shot    Case number (if known)
Golf

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 21, 2017**

_____    **Michael Frazin**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**         Case No. _____
                                                    Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **5,000.00**

    Prior to the filing of this statement I have received _____   $ _____ **5,000.00**

    Balance Due _____   $ _____ **0.00**

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge,
    redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to
    another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February 22, 2017** _____        **/s/ SCOTT R. CLAR**
*Date*                                                 **SCOTT R. CLAR**
                                                       *Signature of Attorney*
                                                       **Crane, Heyman, Simon, Welch & Clar**
                                                       **Suite 3705**
                                                       **135 South LaSalle Street**
                                                       **Chicago, IL 60603-4297**
                                                       **312-641-6777  Fax: 312-641-7114**
                                                       *Name of law firm*

---

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

EUGENE CRANE
ARTHUR G. SIMON
DAVID K. WELCH
SCOTT R. CLAR
JEFFREY C. DAN

JOHN H. REDFIELD

GLENN R. HEYMAN, OF COUNSEL

SUITE 3705
135 SOUTH LA SALLE STREET
CHICAGO, ILLINOIS 60603-4297

(312) 641-6777
FAX (312) 641-7114

WWW.CRANEHEYMAN.COM

November 18, 2016

**VIA HAND DELIVERY**

Michael Frazin, one of the Managing Members
Great Shot Golf
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069

Re:    Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf ("GSG"); Chapter 7
       Bankruptcy

Dear Mr. Frazin:

This letter is sent to confirm the agreement reached with you concerning the retention of
the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC") for the filing of a Chapter
7 bankruptcy case on behalf of GSG.   After review of this letter, please sign on the
signature line provided, acknowledging your understanding of the terms of our retention,
and return the original to our office.    I have attached blank Chapter 7 Schedules and
Statement of Affairs to be completed by you and sent back to our office at your earliest
convenience.

You have agreed to pay the sum of $5,000 as an advance payment retainer for this
engagement (the "Retainer").  The Retainer represents a fixed fee for the engagement.  In
consideration of the payment of this retainer, CHSWC agrees to provide legal services on
behalf of GSG in connection with the matters for which CHSWC has been retained.  Any
portion of the Retainer that is not earned or required for expenses will be refunded to GSG,
after application of the Retainer to accrued legal services and expenses.

It is understood that due to the nature of the representation and the substantial risk to
CHSWC that CHSWC may receive no further fees, CHSWC is unwilling to represent GSG
without the payment of such advance payment retainer and that the decision to pay an
advance payment retainer to CHSWC was GSG's choice, after consideration of other
retainer options. GSG acknowledges that the specific purpose of such advance payment
retainer is to assure GSG of legal representation at least until such time as the Retainer is

LAW OFFICES

# CRANE, HEYMAN, SIMON, WELCH & CLAR

Michael Frazin
November 18, 2016
Page Two

exhausted, and that the advantage to GSG of such a Retainer, is that it provides such assurance by reducing the risk of creditor attachment of such a Retainer and without the necessity of seeking any court and/or creditor approval with respect to same. CHSWC will commence its representation of you upon payment of this advance payment Retainer.

The Retainer is non-refundable and will be treated as income by CHSWC upon its receipt. GSG retains no legal or equitable interest in the retainer.

Thank you for the opportunity to be of service to you.  We look forward to a successful relationship.  Should there be any questions concerning our representation, please do not hesitate to contact the undersigned.

Very truly yours,

CRANE, HEYMAN, SIMON, WELCH & CLAR

By: _____
    Scott R. Clar

SRC/mjo

**AGREED, ACCEPTED AND UNDERSTOOD:**

GREAT SHOT GOLF

By: _____
    Michael Frazin, one of the Managing Members

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

Case No. _____

Debtor(s)

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 5,000.00 |
| Prior to the filing of this statement I have received | $ | 5,000.00 |
| Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    **adversary proceedings, complaints to determine dischargeability of debt and complaints objecting to discharge, redemption proceedings, abandonment proceedings, motions to dismiss or to convert the Chapter 7 case to another Chapter under the Bankruptcy Code or representation of the Debtor in such a converted case.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 21, 2017**

Date

*Signature of Attorney*

SCOTT R. CLAR

**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777  Fax: 312-641-7114**

*Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**

                                                      Debtor(s)

Case No. _____

Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **20**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **February 22, 2017** _____

                         **/s/ Michael Frazin** _____
                         **Michael Frazin**/**Member**
                         Signer/Title

Alex Zeid
1425 Dartmouth
Deerfield, IL 60015

1585 Amherst Dr
Glenview, IL 60026

Alex Zeid & Associates
1425 Dartmouth
Deerfield, IL 60015

Mike Frazin
111 W. Wacker, #5206
Chicago, IL 60601

Arnstein & Lehr LLP
120 S. Riverside Plaza, #1200
Chicago, IL 60601

Minuteman Press
1249 N. Clybourn
Chicago, IL 60610

Artistic Digital Services, Inc.
1417 Darrow Ave.
Evanston, IL 60201

National Registered Agents Inc.
NRAIService Group Melville NY
900 Merchants Concourse #405
Westbury, NY 11590

Campbells Corporate Services Ltd.
3rd Fl., Willow House, Cricket Sq.
PO Box 10233, Grand Cayman
KY1-1102 Cayman Islands

NRAI, Inc.
PO Box 4349
Carol Stream, IL 60197

Comcast
PO Box 3001
Southeastern, PA 19398

Pitney Bowes Global Financial
    Services
PO Box 371887
Pittsburgh, PA 15250

ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Scott Bauer
5881 Teal Rd.
Long Grove, IL 60047

HCC Specialty Underwriters Inc.
401 Edgewater, #400
Wakefield, MA 01880

Sidley Austin, LLP
PO Box 0642
Chicago, IL 60690

Iron Mountain
1000 Campus Dr.
Collegeville, PA 19426

The Hartford
PO Box 660916
Dallas, TX 75266

Krauskopf Kauffman PC
414 N. Orleans St., #210
Chicago, IL 60654

The Private Bank
Cardmember Service
PO Box 790408
Saint Louis, MO 63179-0408

# United States Bankruptcy Court

## Northern District of Illinois

In re    <u>Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf</u>      Case No. _____

                                                    Debtor(s)      Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   <u>Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf</u>   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **See Attached**

☐ None [*Check if applicable*]

**February 22, 2017**
_____
Date

**/s/ SCOTT R. CLAR**
_____
**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for   **Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**

| Name of Member | Contribution | Membership Interests | Class BB Sharing Ratio | Company Percentage Ownership |
|---|---|---|---|---|
| BRC Golf LLC | $275,000.00 | 275 | 50.43974% | 12.19633% |
| Alex Zeid | $49,470.00 | 49.47 | 9.07365% | 2.19401% |
| Mike Frazin | $49,470.00 | 49.47 | 9.07365% | 2.19401% |
| Scott Bauer | $49,470.00 | 49.47 | 9.07365% | 2.19401% |
| Shelly Dreifuss | $25,000.00 | 25 | 4.58543% | 1.10876% |
| David Eaton | $25,000.00 | 25 | 4.58543% | 1.10876% |
| Clay Friedman | $18,000.00 | 18 | 3.30151% | 0.79831% |
| Great Shot Partners LLC* | $22,400.00 | 22.4 | 4.10855% | 0.99345% |
| Corey Zimmerman | $6,000.00 | 6 | 1.10050% | 0.26610% |
| William Whitney | $5,000.00 | 5 | 0.91709% | 0.22175% |
| Aaron Zeid | $4,795.00 | 4.795 | 0.87949% | 0.21266% |
| Brian Rubin | $3,600.00 | 3.6 | 0.66030% | 0.15966% |
| Brian Egert | $3,600.00 | 3.6 | 0.66030% | 0.15966% |
| David Golder | $2,400.00 | 2.4 | 0.44020% | 0.10644% |
| Steven Weinstock | $2,400.00 | 2.4 | 0.44020% | 0.10644% |
| Robert Strada | $2,400.00 | 2.4 | 0.44020% | 0.10644% |
| Patricia Frazin | $1,200.00 | 1.2 | 0.22010% | 0.05322% |
| **TOTALS** | **$545,205.00** | **545.205** | **100.00000%** | **24.18000%** |

| Name of Member | Contribution | Membership Interests | Class B Sharing Ratio | Company Percentage Ownership |
|---|---|---|---|---|
| BRC Golf LLC | $225,000.00 | 225 | 32.60870% | 7.14457% |
| Clay Friedman | $75,000.00 | 75 | 10.86957% | 2.38152% |
| Shelly Dreifuss | $50,000.00 | 50 | 7.24638% | 1.58768% |
| Great Shot Partners LLC | $50,000.00 | 50 | 7.24638% | 1.58768% |
| Mike Edwards | $25,000.00 | 25 | 3.62319% | 0.79384% |
| Michael McGuire | $25,000.00 | 25 | 3.62319% | 0.79384% |

| | | | | |
|---|---|---|---|---|
| Corey Zimmerman | $25,000.00 | 25 | 3.62319% | 0.79384% |
| Jeff Cunix | $25,000.00 | 25 | 3.62319% | 0.79384% |
| David Eaton | $25,000.00 | 25 | 3.62319% | 0.79384% |
| Gerald Cukierski | $20,000.00 | 20 | 2.89855% | 0.63507% |
| Berton Rubin | $20,000.00 | 20 | 2.89855% | 0.63507% |
| Brian Egert | $15,000.00 | 15 | 2.17391% | 0.47630% |
| Brian Rubin | $15,000.00 | 15 | 2.17391% | 0.47630% |
| Steven Weinstock | $10,000.00 | 10 | 1.44928% | 0.31754% |
| David Golder | $10,000.00 | 10 | 1.44928% | 0.31754% |
| Matt Savage | $10,000.00 | 10 | 1.44928% | 0.31754% |
| Stuart  Frankenthal | $10,000.00 | 10 | 1.44928% | 0.31754% |
| George Stamas | $10,000.00 | 10 | 1.44928% | 0.31754% |
| Robert Strada | $10,000.00 | 10 | 1.44928% | 0.31754% |
| Irl Grodsky | $10,000.00 | 10 | 1.44928% | 0.31754% |
| Robert Levine | $10,000.00 | 10 | 1.44928% | 0.31754% |
| Brian Brammeier | $10,000.00 | 10 | 1.44928% | 0.31754% |
| Patricia Frazin | $5,000.00 | 5 | 0.72464% | 0.15877% |
| **TOTALS** | **$690,000.00** | **690** | **100.00000%** | **21.91000%** |

| Name of Member | Contribution | Membership Interests | Class A Sharing Ratio | Company Percentage Ownership |
|---|---|---|---|---|
| Alex Zeid | $49,470.00 | 49470 | 32.82572% | 17.69635% |
| Michael  Frazin | $49,470.00 | 49470 | 32.82572% | 17.69635% |
| Scott  Bauer | $49,470.00 | 49470 | 32.82572% | 17.69635% |
| Aaron M. Zeid | $2,295.00 | 2295 | 1.52284% | 0.82096% |
| **TOTALS** | **$150,705.00** | **150705** | **100.00000%** | **53.91000%** |

# United States Bankruptcy Court
## Northern District of Illinois

In re   Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf
                                        Debtor(s)

Case No. _____
Chapter        7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

  **See Attached**

☐ None [*Check if applicable*]

February 21, 2017
Date

SCOTT R. CLAR
Signature of Attorney or Litigant
Counsel for   Great Shot Hole in One Insurance, LLC d/b/a Great Shot Golf
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114