**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 17-05126 |
| GREAT SHOT HOLE IN ONE | ) | |
| INSURANCE, LLC D/B/A GREAT SHOT | ) | Hon. Jack B. Schmetterer |
| GOLF, | ) | |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on **October 10, 2017**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 24]; **Trustee's Application for Compensation and Expenses** [Dkt. 23]; **First and Final Application of Fox Swibel Levin & Carroll LLP, for an Order (I) Allowing an Administrative Claim for Compensation for the Period February 23, 2017 Through August 25, 2017; and (II) Authorizing Payment of Unpaid Fees** [Dkt. 22]; and the **First and Final Application of Trustee's Accountant for Compensation and Reimbursement of Expenses** [Dkt. 21], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

1

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

SCOTT R CLAR on behalf of Debtor GREAT SHOT HOLE IN ONE INSURANCE, LLC D/B/A GREAT SHOT GOLF
sclar@craneheyman.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

GREAT SHOT HOLE IN ONE INSURANCE, LLC D/B/A GREAT SHOT GOLF
425 HUEHL RD., UNIT 15B
NORTHBROOK, IL  60062

Michael Frazin
360 W. Hubbard, #3112
Chicago, IL 60654-5796

Michael Frazin
111 W. Wacker, #5206
Chicago, IL 60601-1521

Scott Bauer
5881 Teal Rd.
Long Grove, IL 60647-5067

Sidley Austin LLP
One South Dearbor
Chicago, IL 60603-2323

Sidley Austin, LLP
PO Box 0642
Chicago, IL 60690-0642