# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GREAT SHOT HOLE IN ONE | § | Case No. 17-05126 |
| INSURANCE, LLC D/B/A GREAT SHOT | § | |
| GOLF | § | |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 7,512.72                           Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 29,690.23          Claims Discharged
                                                      Without Payment: 348,369.97

Total Expenses of Administration: 22,369.67

---

3) Total gross receipts of $ 52,059.90  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 52,059.90  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,369.67 | 22,369.67 | 22,369.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 201,561.03 | 255,242.92 | 255,242.92 | 29,690.23 |
| **TOTAL DISBURSEMENTS** | $ 201,561.03 | $ 277,612.59 | $ 277,612.59 | $ 52,059.90 |

4) This case was originally filed under chapter 7 on 02/22/2017 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/29/2017                By:/s/N. Neville Reid, Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's intellectual property, including customer lists, tr | 1229-000 | 50,000.00 |
| INSURANCE PAYMENT | 1229-000 | 1,842.00 |
| REFUND | 1229-000 | 217.90 |
| **TOTAL GROSS RECEIPTS** | | **$52,059.90** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 5,853.00 | 5,853.00 | 5,853.00 |
| Associated Bank | 2600-000 | NA | 207.17 | 207.17 | 207.17 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 13,345.00 | 13,345.00 | 13,345.00 |
| Kutchins, Robbins & Diamond Ltd. | 3410-000 | NA | 2,958.00 | 2,958.00 | 2,958.00 |
| Kutchins, Robbins & Diamond Ltd. | 3420-000 | NA | 6.50 | 6.50 | 6.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,369.67 | $ 22,369.67 | $ 22,369.67 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alex Zeid & Associates, 1425 Dartmouth Deerfield, IL 60015 | | 13,612.52 | NA | NA | 0.00 |
| | Alex Zeid, 1425 Dartmouth Deerfield, IL 60015 | | 22,980.64 | NA | NA | 0.00 |
| | Arnstein & Lehr LLP, 120 S. Riverside Plaza, #1200 Chicago, IL 60601 | | 1,741.70 | NA | NA | 0.00 |
| | Artistic Digital Services, Inc., 1417 Darrow Ave. Evanston, IL 60201 | | 330.00 | NA | NA | 0.00 |
| | Campbells Corporate Services Ltd., 3rd Fl., Willow House, Cricket Sq. PO Box 10233, Grand Cayman KY1-1102 Cayman Islands | | 575.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast, PO Box 3001 Southeastern, PA 19398 | | 438.46 | NA | NA | 0.00 |
| | ComEd, PO Box 6111 Carol Stream, IL 60197-6111 | | 244.72 | NA | NA | 0.00 |
| | HCC Specialty Underwriters Inc., 401 Edgewater, #400 Wakefield, MA 01880 | | 19,304.05 | NA | NA | 0.00 |
| | Iron Mountain, 1000 Campus Dr. Collegeville, PA 19426 | | 141.07 | NA | NA | 0.00 |
| | Krauskopf Kauffman PC, 414 N. Orleans St., #210 Chicago, IL 60654 | | 23,962.00 | NA | NA | 0.00 |
| | Mark Babich, 1599 Annapolis Dr. Glenview, IL 60026 | | 9,000.00 | NA | NA | 0.00 |
| | Minuteman Press, 1249 N. Clybourn Chicago, IL 60610 | | 4,200.00 | NA | NA | 0.00 |
| | National Registered Agents Inc., NRAIService Group Melville NY 900 Merchants Concourse #405 Westbury, NY 11590 | | 3,575.79 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pitney Bowes Global Financial Services, PO Box 371887 Pittsburgh, PA 15250 | | 0.00 | NA | NA | 0.00 |
| | The Hartford, PO Box 660916 Dallas, TX 75266 | | 650.99 | NA | NA | 0.00 |
| | The Private Bank, Cardmember Service PO Box 790408 Saint Louis, MO 63179-0408 | | 22,060.34 | NA | NA | 0.00 |
| 1 | Michael Frazin | 7100-000 | 40,869.00 | 125,155.39 | 125,155.39 | 14,558.26 |
| 2 | Scott Bauer | 7100-000 | 27,862.33 | 120,074.81 | 120,074.81 | 13,967.28 |
| 3 | Sidley Austin LLP | 7100-000 | 10,012.42 | 10,012.72 | 10,012.72 | 1,164.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 201,561.03 | $ 255,242.92 | $ 255,242.92 | $ 29,690.23 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-05126 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GREAT SHOT HOLE IN ONE INSURANCE, LLC D/B/A GREAT SHOT GOLF | | | | Date Filed (f) or Converted (c): | 02/22/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/23/2017 |
| For Period Ending: | 11/29/2017 | | | | Claims Bar Date: | 06/27/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. The Private Bank 120 S LaSalle St. Chicago, IL 60603 Checkin | 16.03 | 0.00 | | 0.00 | FA |
| 2. Deposit with UPS | 300.00 | 0.00 | | 0.00 | FA |
| 3. Office furniture - 4 television sets | 500.00 | 0.00 | | 0.00 | FA |
| 4. Office fixtures | 1,696.69 | Unknown | | 0.00 | FA |
| 5. The Private Bank 120 S LaSalle St. Chicago, IL 60603 Checki | 0.00 | 0.00 | | 0.00 | FA |
| 6. Tents and Display backdrops | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 7. Fantasy Draft Nation - 15% interest multi level marketing in | 0.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE PAYMENT (u) | Unknown | 1,842.00 | | 1,842.00 | FA |
| 9. Debtor's intellectual property, including customer lists, tr (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| 10. REFUND (u) | 0.00 | 41.09 | | 217.90 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $7,512.72            $56,883.09            $52,059.90            $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/2018    Current Projected Date of Final Report (TFR): 03/31/2018

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-05126 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: GREAT SHOT HOLE IN ONE INSURANCE, LLC D/B/A GREAT SHOT GOLF | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0836 |
| | Checking |
| Taxpayer ID No: XX-XXX4448 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 11/29/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/24/17 | 8 | Bowlingbrook Golf Club | Turnover of insurance payment | 1229-000 | $1,842.00 | | $1,842.00 |
| 05/08/17 | 9 | TPI LLC | Debtor's intellectual property, including customer lists, trademarks, and websites and intangible assets (excluding causes of action, cash, receivables and certain other assets) | 1229-000 | $50,000.00 | | $51,842.00 |
| 05/23/17 | 10 | Pitney Bowes<br>1 Elmcroft Rd.<br>Stamford, CT 06926-0700 | Refund from Pitney Bowes | 1229-000 | $41.09 | | $51,883.09 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.49 | $51,827.60 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $74.56 | $51,753.04 |
| 07/11/17 | 10 | UPS<br>1335 NOrthmeadow Parkway<br>Suite 119<br>Roswell, GA 30076 | Refund from UPS for Canceled Account | 1229-000 | $176.81 | | $51,929.85 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.12 | $51,852.73 |
| 11/01/17 | 101 | N. Neville Reid<br>200 West Madison<br>Suite 3000<br>Chicago, IL 60606 | Per [Dkt. 26] Order Awarding Compensation and Expenses dated 10/31/17 (final distribution) | 2100-000 | | $5,853.00 | $45,999.73 |
| 11/01/17 | 102 | Fox Swibel Levin & Carroll LLP<br>200 West Madison Street<br>Suite 3000<br>Chicago, IL 60606 | Per [Dkt. 27] Order dated 10/31/17 Granting 1st and Final Fee Application of FSLC for payment of compensation for period from 02/23/17 - 08/25/17 (final distribution) | 3110-000 | | $13,345.00 | $32,654.73 |

Page Subtotals: $52,059.90    $19,405.17

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-05126 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: GREAT SHOT HOLE IN ONE INSURANCE, LLC D/B/A GREAT SHOT GOLF | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0836 |
| | Checking |
| Taxpayer ID No: XX-XXX4448 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 11/29/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/01/17 | 103 | Kutchins, Robbins & Diamond, Ltd.<br>35 East Wacker Drive<br>Suite 690<br>Chicago, IL 60601 | Per [Dkt. 28] Order dated 10/31/17 Approving Compensation of Trustee's Accountant (L. West) for the period from 08/16/17 - 09/06/17 (final distribution) | 3410-000 | | $2,958.00 | $29,696.73 |
| 11/01/17 | 104 | Kutchins, Robbins & Diamond, Ltd.<br>35 East Wacker Drive<br>Suite 690<br>Chicago, IL 60601 | Per [Dkt. 28] Order dated 10/31/17 Approving Compensation of Trustee's Accountant (L. West) for the period from 08/16/17 - 09/06/17 (final distribution) | 3420-000 | | $6.50 | $29,690.23 |
| 11/02/17 | 105 | Michael Frazin<br>360 W. Hubbard<br>#3112<br>Chicago, IL 60654 | Final distribution per Dkt. 20 | 7100-000 | | $14,558.26 | $15,131.97 |
| 11/02/17 | 106 | Scott Bauer<br>5881 Teal Rd.<br>Long Grove, IL 60047 | Final distribution per Dkt. 20 | 7100-000 | | $13,967.28 | $1,164.69 |
| 11/02/17 | 107 | Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603 | Final distribution per Dkt. 20 | 7100-000 | | $1,164.69 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $52,059.90 | $52,059.90 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $52,059.90 | $52,059.90 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $52,059.90 | $52,059.90 |

Page Subtotals: $0.00    $32,654.73

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0836 - Checking | $52,059.90 | $52,059.90 | $0.00 |
|  | $52,059.90 | $52,059.90 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $52,059.90 |
| Total Gross Receipts: | $52,059.90 |

Page Subtotals:  $0.00  $0.00